441 A.2d 799

Commonwealth v. Thomas, Appellant.

Argued December 2, 1980. Robert S. Robbins, for appellant; Ann C. Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.